No. 779, Misc.   MAVITY *v.* ASSOCIATES DISCOUNT CORP. C. A. 5th Cir.   Certiorari denied.   *Harold H. Gearinger* and *Charles C. Moore* for petitioner.   *Robert Edward Surles* for respondent.

No. 781, Misc.   GOLDSTEIN *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   *Frances Kahn* for petitioner. *Solicitor General Cox, Assistant Attorney General Yeagley* and *Kevin T. Maroney* for the United States.

No. 782, Misc.   ASHE *v.* SHOVLIN ET AL.   C. A. 3d Cir. Certiorari denied.

No. 783, Misc.   DAVIS *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   Petitioner *pro se.   Solicitor General Cox* for the United States.

No. 784, Misc.   STILTNER *v.* WASHINGTON ET AL. C. A. 9th Cir.   Certiorari denied.

No. 786, Misc.   WARREN *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Charles V. Shannon* and *Richard F. Generelly* for petitioner.   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 795, Misc.   ARAGON *v.* COLORADO.   Supreme Court of Colorado.   Certiorari denied.   Petitioner *pro se.   Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *John P. Moore,* Assistant Attorney General, for respondent.